DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BENITO NUNEZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-00242 LJO |
|---|---|---|
| Plaintiff, | ) ) | DEFENDANT'S STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | HEARING AND ORDER |
| BENITO NUNEZ-SANCHEZ, | ) ) | DATE: January 7, 2011 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Lawrence J. O'Neill |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Benito Nunez-Sanchez, that the hearing currently set for December 3, 2010 **may be rescheduled to January 7, 2011 at 9:00 a.m.**

The defense proposes this stipulation in order to give defendant time to complete his investigation of a venue issue. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

Nunez-Sanchez - Stipulation to Continue
Status Conference; [Proposed] Order

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: November 18, 2010

/s/ *Ian Garrigues*
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: November 18, 2010

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
Benito Nunez-Sanchez

**ORDER**

**IT IS SO ORDERED.**

DATED: November 19, 2010

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Court Judge
Eastern District of California