DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BENITO NUNEZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>v.<br><br>BENITO NUNEZ-SANCHEZ,<br><br>　　　　　*Defendant.* | NO. 1:10-cr-00242-1 LJO<br><br>**ORDER DENYING EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |

The Application For Subpoena Duces Tecum, filed by defendant Benito Nunez-Sanchez **for the issuance** of a subpoena duces tecum pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to the Custodian of Records for the Los Angeles County Sheriff's Department, Los Angeles County Jail Division, 12440 East Imperial Highway, #120, Norwalk, California, 90650, Tel: 562/465-7815, for production of any and all records relating to or in any manner involving Benito Nunez-Sanchez, AKA Alejandro Sanchez, DOB: 3-5-72, Booking Number 2034144, Case Number VA111954, specifically including but not limited to a copy of any federal immigration detainer placed against him while he was incarcerated at the Los Angeles County Jail from about August 28, 2009 to November 2, 2009 has been received and has been reviewed.  The application is DENIED.

The purpose of the request is to facilitate discovery.  Rule 17(c) was not intended to provide an additional means of discovery.  Its chief innovation is to expedite the trial by providing a time and a place before trial for the inspection of the subpoenaed materials that will be used at trial.. (Bowman Dairy Co. V United States, 341 U.S. 214 (1951).

IT IS SO ORDERED.

**Dated:**   **November 22, 2010**                    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE